IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER:  9:23-cv-81437

BROADCAST MUSIC, INC.; ARC/CONRAD
MUSIC LLC d/b/a ARC MUSIC; EMI
CONSORTIUM SONGS, INC. d/b/a EMI
LONGITUDE MUSIC; WARNER-
TAMERLANE PUBLISHING CORP.;
GREGMARK MUSIC, INC.; LORD and
WALKER PUBLISHING,

    Plaintiffs,

v.

WEST PALM BREWING, LLC d/b/a STEAM
HORSE BREWING COMPANY and FRAN
ANDREWLEVICH, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, Defendants, WEST PALM BREWING, LLC d/b/a STEAM HORSE BREWING COMPANY and FRAN ANDREWLEVICH, by and through the undersigned counsel, hereby give notice they have reached an agreement to settle with all Plaintiffs in the above-captioned action,  BROADCAST MUSIC, INC.; ARC/CONRAD MUSIC LLC d/b/a ARC MUSIC; EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; GREGMARK MUSIC, INC.; LORD and WALKER PUBLISHING.

Defendants and Plaintiffs are in the process of executing their respective obligations pursuant to the agreement and Plaintiffs will file a Notice of Voluntary Dismissal with Prejudice of Defendants thereafter.  Defendants and Plaintiffs request that the Court administratively close this case for thirty (30) days with the Court to retain jurisdiction for the parties to reopen the case

during the administrative closure upon a showing of good cause. The parties' failure to execute a written settlement agreement shall constitute "good cause" for reopening the case.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of this Notice of Settlement was electronically filed and served via electronic mail through the CM/ECF Filer upon: Zachary D. Messa, Esq., Johnson, Pope, Bokor, Ruppel & Burns, LLP, 311 Park Place Blvd., Suite 300, Clearwater, Florida 33759, ZacharyM@jpfirm.com, on January 12, 2024.

Respectfully submitted,

*s/ John R. Whittles*
JOHN R. WHITTLES
Florida Bar Number 0178802
ELIZABETH F. OLDS
Florida Bar Number 109942
MATHISON WHITTLES, LLP
5606 PGA Blvd., Suite 211
Palm Beach Gardens, Florida 33418
Tel.: (561) 624-2001
Fax: (561) 624-0036
(jwhittles@mathisonwhittles.com)
(ablair@mathisonwhittles.com)
*Attorneys for Defendants*